UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION  )<br>)<br>)<br>)<br>) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Suzanne Abdelmajid, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13596-DRH |
| *Melanie Ackley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10748-DRH |
| *Brandi Alexander v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11122-DRH |
| *Minta Andreve, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12854-DRH |
| *Janet Ashberger, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10620-DRH |
| *Sherrie Baird v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10621-DRH |
| *Rhea Basora, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10622-DRH |
| *Ramey Becker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10681-DRH |
| *Rachelle Bohner, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11514-DRH |
| *Deborah Boyd, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12593-DRH |
| *Candice Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11244-DRH |

| | |
|---|---|
| *Brigitt Castille, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11877-DRH |
| *Mia Catania v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11073-DRH |
| *Kierra Clark v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10523-DRH |
| *Marianne Connelly v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13629-DRH |
| *Jennifer Connor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10224-DRH |
| *Dominique Constant v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10217-DRH |
| *Martha Coss, et al. v. Bayer Corporation, et al.* | No. 10-cv-20340-DRH |
| *Laurie DeCleene, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10938-DRH |
| *Karla Emmen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10626-DRH |
| *Deirdre Evans, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10353-DRH |
| *Gina Fox v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11159-DRH |
| *Alyssa Fry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10824-DRH |
| *Christine Gale v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11970-DRH |
| *Taylor Garman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10969-DRH |
| *Stephenie Gettier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12861-DRH |

| | |
|---|---|
| *Traci Greenhalgh v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12862-DRH |
| *Dee Hagen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12863-DRH |
| *Tammy Hague v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12864-DRH |
| *Rachel Hanifin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13411-DRH |
| *Gina Harris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13595-DRH |
| *Julie Harrison v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10665-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 3, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
     **Deputy Clerk**

**Dated:** April 4, 2014

Digitally signed by David R. Herndon
Date: 2014.04.04 15:12:06 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**

3